BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-MC-00105-MCE-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $189,040.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Asif Hafeez, in *propria persona* ("claimant"), as follows:

1.      On or about September 12, 2012, claimant Asif Hafeez filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $189,040.00  in U. S. Currency (hereafter "defendant currency"), which was seized on June 14, 2012.

2.      Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

Stipulation and Order to Extend Time

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was December 7, 2012.

4.      By Stipulation and Order filed December 6, 2012, the parties stipulated to extend to March 7, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to April 8, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

1        6.     Accordingly, the parties agree that the deadline by which the United States shall be

2   required to file a complaint for forfeiture against the defendant currency and/or to obtain an

3   indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 8,

4   2013.

5

6   Dated:   3/6/13                       BENJAMIN B. WAGNER
                                          United States Attorney

7

8                                           /s/ Kevin C. Khasigian

9                                           KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney

10

11  Dated:   3/6/13                       /s/ Asif Hafeez

12                                          ASIF HAFEEZ
                                            Claimant

13                                        (As authorized per telephone on 3/6/13)

14

15       IT IS SO ORDERED.

16  Dated:  March 8, 2013

17

18

19                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE

20                                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                          Stipulation and Order to Extend Time