UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-mc-00105-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| APPROXIMATELY $189,040.00 IN U.S. CURRENCY, | |
| Defendants. | |

Upon review of the docket the Court finds that the United States has failed to provide timely notice of its intent to institute administrative forfeiture proceedings regarding the above-captioned U.S. Currency or to file a further request for extension of time to do so. See ECF Nos. 2 and 4. The time to institute such proceedings has thus expired. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b) and on the Court's own motion, this matter is DISMISSED with prejudice and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 20, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1